UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MICHAEL WILLIAMS, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:05-cv-851-JDT-TAB |
| | ) | |
| INDIANA PAROLE BOARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# E N T R Y

The plaintiff's motion filed on January 23, 2006, apparently seeking the court to issue a subpoena and conduct discovery on behalf of the plaintiff, is **denied.**

**IT IS SO ORDERED.**

Date: 01/26/2006

John Daniel Tinder, Judge
United States District Court

Copies to:

Michael Williams
07219-027
United States Penitentiary Lee
P.O. Box 305
Jonesville, VA 24263-0305